NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIM LAU,**
*Petitioner*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent*

---

2024-1380

---

Petition for review of the Merit Systems Protection Board in No. DE-1221-21-0300-M-2.

---

## O R D E R

Upon consideration of the parties' stipulation of dismissal of this case pursuant to Federal Rule of Appellate Procedure 42(b) with each side to bear its own costs,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Each side shall bear its own costs.

LAU v. HHS

(3)  All pending motions are denied as moot.

FOR THE COURT



May 15, 2024                            Jarrett B. Perlow
Date                                    Clerk of Court

ISSUED AS A MANDATE: May 15, 2024